UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB I. SCHMITT,<br><br>               Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>               Defendants. | CASE NO. C21-1693-LK-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter came before the Court on the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge. The parties did not file objections to the Report and Recommendation. Having reviewed the Report and Recommendation and the balance of the record, the Court finds and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation, Dkt. No. 12;

(2) Plaintiff's Motion to Remand and for Attorney Fees, Dkt. No. 9, is GRANTED IN PART and DENIED IN PART;

(3) This matter is REMANDED to Snohomish County Superior Court under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction;

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) Plaintiff's request for fees and costs under 28 U.S.C. § 1447(c) is DENIED.

The Clerk is directed to take the steps necessary to remand the case to Snohomish County Superior Court, and to send copies of this Order to the parties and to Judge Vaughan.

Dated this 11th day of April, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2